IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:22-CV-253-RJC-DCK

| | |
|---|---|
| JAMES NEYLAND, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| UNUM LIFE INSURANCE COMPANY OF ) | |
| AMERICA, and PROVIDENT LIFE AND ) | |
| ACCIDENT INSURANCE COMPANY, ) | |
| ) | |
| Defendants. ) | |
| ) | |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 9) filed by Vanessa N. Garrido, concerning W. Kyle Dillard, on June 13, 2022. W. Kyle Dillard seeks to appear as counsel *pro hac vice* for Defendants. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 9) is **GRANTED**. W. Kyle Dillard is hereby admitted *pro hac vice* to represent Defendants.

**SO ORDERED**.

Signed: June 14, 2022

David C. Keesler
United States Magistrate Judge